UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| YOUNG'S TRADING COMPANY, a Tennessee Corporation, | Case No. 03-CV-2637 (JURY TRIAL DEMANDED) |
| Plaintiff/Counter-Defendant, | |
| -against- | |
| FANCY IMPORT, INC., YEONG H. YUN, CHUN H. YI, and HOON G. JEONG, | |
| Defendants/Counter-Plaintiffs. | |

## ORDER ALLOWING WITHDRAW

Presently before this Court is Plaintiffs' counsel's, Ronald W. Kim, Motion to Withdraw. Present counsel for the Plaintiffs' have advised that the Plaintiffs' have made the decision to seek new counsel, and counsel further reports that full file is available to the Plaintiffs, and further that counsel will cooperate and communicate with the Plaintiffs' prospective new counsel. Counsel for the Plaintiffs has further shown that he has fully complied with the Supreme Court Rules under the Code of Responsibility Rule 8 Subsection EC 2-32 and has further shown in good cause to allow his withdraw.

Wherefore the Court being fully advised orders that Mr. Ronald W. Kim be and hereby is allowed to withdraw from the representation of the Plaintiffs, Young's Trading Company, in this pending action and he is relieved of any further duties or responsibilities regarding the prosecution of this case. The Court further orders that a copy of this order be mailed to the Plaintiffs and further that the Plaintiffs be and now hereby are allowed thirty (30) days from the date of entry of this order to obtain new counsel.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 4-20-05

All of which is Order this 19 day of April, 2005.

_____
JUDGE

4/19/05
_____
DATE

RWK/mp

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 78 in case 2:03-CV-02637 was distributed by fax, mail, or direct printing on April 20, 2005 to the parties listed.

---

Eugene S. Forrester
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

A. Todd Merolla
A. TODD MEROLLA, P.C.
5855 Sandy Springs Cr.
Ste. 300
Atlanta, GA 30328

Hoon G. Jeong
184 Scarborough Ln.
Apt. #104
Cordova, TN 38018--486

Ronald W. Kim
KIM WILLCOX
241 Germantown Bend Cv.
Cordova, TN 38018

Honorable Tu Pham
US DISTRICT COURT