IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

YOUNG'S TRADING, )
)
Plaintiff, )
)
vs. ) Civ. No. 03-2637-P
)
FANCY IMPORTS, et al., )
)
Defendants. )
)

### ORDER SETTING DAUBERT MOTION DEADLINES AND TRIAL

The court held a status conference on June 16, 2005. All parties were present and heard. For good cause shown, the schedule is amended as follows:

1. Defendants' Daubert Motion - July 15, 2005

2. Plaintiff's Response - August 1, 2005

3. Defendants' Reply - August 15, 2005

4. Joint pre-trial order shall be filed, with a courtesy copy delivered to chambers, by August 26, 2005, by 5:00 p.m.

5. The pre-trial conference - September 2, 2005 at 10:00 a.m.

6. Jury trial is set for September 20, 2005 at 10:00 a.m.

IT IS SO ORDERED.

TU M. PHAM
United States Magistrate Judge

June 17, 2005
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 86 in case 2:03-CV-02637 was distributed by fax, mail, or direct printing on June 21, 2005 to the parties listed.

---

Young's Trading Comp
5529 Summer Ave.
Ste. 101
Memphis, TN 38134

Hoon G. Jeong
184 Scarborough Ln.
Apt. #104
Cordova, TN 38018--486

A. Todd Merolla
A. TODD MEROLLA, P.C.
5855 Sandy Springs Cr.
Ste. 300
Atlanta, GA 30328

Eugene S. Forrester
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Beth Brooks
BROOKS LAW FIRM
119 Racine
Memphis, TN 38111--089

Honorable Tu Pham
US DISTRICT COURT