IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENEESSE
WESTERN DIVISION

YOUNG'S TRADING CO., INC. and
YOUNG'S TRADING CO.COM, INC
    PLAINTIFFS
VS.

No. 03-CV- 2637
Jury Demanded

FANCY IMPORT, INC.,
YEOUNG H. YUN, CHUN H. YI and
HOON JEOUNG
    DEFENDANTS

## ORDER ALLOWING RESPONSE FILED OUT OF TIME

For good cause and no prejudice to the defendants, it is appropriate that the plaintiffs be allowed to file this motion and memorandum in support thereof.

IT IS SO ORDERED.

_____
MAGISTRATE JUDGE TU PHAM

DATE: August 3, 2005

Approved for Entry:

_____
Beth Brooks 9139
P.O. Box 11894
Memphis, TN 38111-0894
901-324-5000

## CERTIFICATE OF SERVICE

I, Beth Brooks, do hereby certify that I have mailed a copy of the foregoing to Anthony Merolla and Eugene Forrester at 5855 Sandy Springs Cl, Suite 300, Atlanta GA 30328 and Hoon Jeoung at 184 Scarbrough Lane # 104, Cordova, TN 38018-4867, on the 1st day of August, 2005.

_____
Beth Brooks

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 94 in case 2:03-CV-02637 was distributed by fax, mail, or direct printing on August 4, 2005 to the parties listed.

---

Young's Trading Comp
5529 Summer Ave.
Ste. 101
Memphis, TN 38134

Hoon G. Jeong
184 Scarborough Ln.
Apt. #104
Cordova, TN 38018--486

A. Todd Merolla
A. TODD MEROLLA, P.C.
5855 Sandy Springs Cr.
Ste. 300
Atlanta, GA 30328

Eugene S. Forrester
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Beth Brooks
BROOKS LAW FIRM
119 Racine
Memphis, TN 38111--089

Honorable Tu Pham
US DISTRICT COURT