IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

YOUNG'S TRADING COMPANY, )
)
Plaintiff, )
)
vs. ) Civ. No. 03-2637-P
)
FANCY IMPORT, INC., et al., )
)
Defendants. )
)

---

## ORDER CONTINUING TRIAL DATE AND SETTING HEARING ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT HOON G. JEONG AND DEFENDANT'S MOTION TO EXCLUDE EXPERT TESTIMONY

On September 2, 2005, the court held a pretrial conference in this case. Present were Beth Brooks, counsel for the plaintiffs, and A. Todd Merolla, counsel for all defendants except defendant Hoon Jeong, who is pro se and failed to appear. At the conference, the court continued the trial date and set hearing dates as follows:

1. The jury trial is reset to Tuesday, November 8, 2005, at 10:00 a.m. The proposed joint pretrial order is due October 18, 2005 by 4:30 p.m. with a courtesy copy hand-delivered to Judge Pham's chambers. The pretrial conference is reset to October 25, 2005, at 10:00 a.m.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____

2. Defendants' oral motion for leave of court to file an amended answer to add a counterclaim is granted. The amended answer shall be served and filed by September 9, 2005. Defendants may conduct limited discovery on issues relating to the counterclaim.

3. A hearing on plaintiffs' motion for default judgment against pro se defendant Hoon Jeong is set for September 28, 2005, at 1:30 p.m. in Courtroom 6.

4. A hearing on defendants' motion to exclude expert testimony is set for September 28, 2005 at 2:30 p.m. in Courtroom #6.

5. The parties agree to engage in private mediation or, if available, a judicial settlement conference.

IT IS SO ORDERED.

TU M. PHAM
United States Magistrate Judge

September 2, 2005
Date

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 97 in case 2:03-CV-02637 was distributed by fax, mail, or direct printing on September 8, 2005 to the parties listed.

---

Young's Trading Comp
5529 Summer Ave.
Ste. 101
Memphis, TN 38134

Hoon G. Jeong
184 Scarborough Ln.
Apt. #104
Cordova, TN 38018--486

A. Todd Merolla
A. TODD MEROLLA, P.C.
5855 Sandy Springs Cr.
Ste. 300
Atlanta, GA 30328

Eugene S. Forrester
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Beth Brooks
BROOKS LAW FIRM
119 Racine
Memphis, TN 38111--089

Honorable Tu Pham
US DISTRICT COURT