IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _qg_ D.C.

05 SEP -7 PM 2: 47

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

YOUNG'S TRADING COMPANY,            )
                                    )
            Plaintiff,              )
                                    )
vs.                                 )   Civ. No. <u>03-2637-P</u>
                                    )
FANCY IMPORT, INC., et al.,         )
                                    )
            Defendants.             )
                                    )

---

**ORDER GRANTING PLAINTIFFS' MOTION FOR A JUDICIAL SETTLEMENT CONFERENCE**

---

On September 2, 2005, the court held a pretrial conference with the parties. At that time, the plaintiffs asked the court to direct the parties to engage in a judicial settlement conference. The defendants did not oppose the motion. Therefore, the motion is GRANTED.

The parties are hereby ordered to engage in a settlement conference before U.S. Magistrate Judge S. Thomas Anderson. Judge Anderson will notify the parties of the date and location of the settlement conference.

IT IS SO ORDERED.

[signature]

TU M. PHAM
United States Magistrate Judge

September 7, 2005
Date

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 9/9/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 99 in case 2:03-CV-02637 was distributed by fax, mail, or direct printing on September 9, 2005 to the parties listed.

---

Young's Trading Comp
5529 Summer Ave.
Ste. 101
Memphis, TN 38134

Hoon G. Jeong
184 Scarborough Ln.
Apt. #104
Cordova, TN 38018--486

A. Todd Merolla
A. TODD MEROLLA, P.C.
5855 Sandy Springs Cr.
Ste. 300
Atlanta, GA 30328

Eugene S. Forrester
FARRIS MATHEWS BRANAN BOBANGO HELLEN & DUNLAP, PLC
One Commerce Square
Ste. 2000
Memphis, TN 38103

Beth Brooks
BROOKS LAW FIRM
119 Racine
Memphis, TN 38111--089

Honorable Tu Pham
US DISTRICT COURT